**UNITED STATES DISTRICT COURT
OF THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| DONALD E. MILLER and LINDA S. MILLER,<br><br>Plaintiffs,<br><br>-vs.-<br><br>AIR & LIQUID SYSTEMS CORPORATION SUCCESSOR-BY-MERGER TO BUFFALO PUMPS, a Pennsylvania corporation;<br>AGRIPAC, INC., an Oregon corporation;<br>ARKEMA, INC., a Pennsylvania Corporation;<br>ASTENJOHNSON, INC., a Delaware corporation;<br>BALTIMORE AIRCOIL COMPANY, INC., an Ohio corporation;<br>BAYER CROPSCIENCE INC., a New York corporation;<br>CBS CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION, a Pennsylvania corporation;<br>CENTURYLINK COMMUNICATIONS, LLC, a Limited Liabilty Company organized in Delaware;<br>C.H. MURPHY/CLARK-ULLMAN IN.C, | NO.   20-44<br><br>**NOTICE OF REMOVAL**<br><br>(28 U.S.C.§1441(b) and 1446(a)) |

NOTICE OF REMOVAL        Page 1        **Foley & Mansfield, PLLP**
999 Third Avenue
Suite 3760
Seattle, WA 98104
Telephone:  (206) 456-5360

| | |
|---|---|
| 1 | an Oregon Corporation; |
| 2 | CHEVRON U.S.A. INC., a Delaware Corporation; |
| 3 | CLEAVER –BROOKS, INC., a Delaware Corporation; |
| 4 | CRANE CO., a Delaware Corporation; |
| 5 | CROWN CORK & SEAL COMPANY, INC., a Pennsylvania Corporation; |
| 6 | DFI, INC., an Oregon Corporation; |
| 7 | EB ARROW, a Limited Liability Company organized in Texas; |
| 8 | EXXON MOBIL CORPORATION, a NEW JERSEY corporation; |
| 9 | FLUOR CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST FOR ECODYNE CORPORATION, a Delaware corporation; |
| 10 | |
| 11 | GENERAL ELECTRIC COMPANY, a New York corporation; |
| 12 | HOLLINGSWORTH & VOSE FIBER CORPORATION, a Delaware Corporation; |
| 13 | IMO INDUSTRIES, INC., a Delaware corporation; |
| 14 | |
| 15 | KAISER GYPSUM COMPANY, INC., a Washington corporation; |
| 16 | THE KROGER CO., an Ohio Corporation, a Maryland Corporation; |
| 17 | MAR-INDUSTRIAL SALES, INC., an Oregon corporation; |
| 18 | MCCALL OIL AND CHEMICAL CORPORATION, a Washington Corporation; |
| 19 | |
| 20 | METALCLAD INSULATION LLC, a Limited Liability Company organized in California; |
| 21 | METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; |
| 22 | |
| 23 | MINE SAFETY APPLIANCES COMPANY, a Pennsylvania Corporation; |
| 24 | MUFG UNION BANK, N.A., a bank with its principal place of business in California; |
| 25 | MUNTERS CORPORATION, a New York corporation; |

| | |
|---|---|
| 1 | NORPAC FOODS, INC., an Oregon cooperative ; |
| 2 | NORTHWEST NATURAL GAS COMPANY, an Oregon Corporation ; |
| 3 | PACIFICA CALAROGA TERRACE LLC, a Limited Liability Company organized in Oregon ; |
| 4 | |
| 5 | PENDLETON WOOLEN MILLS, INC., an Oregon Corporation ; |
| 6 | PEPSICO, INC., a North Carolina Corporation ; |
| 7 | |
| 8 | PORTLAND GENERAL ELECTRIC COMPANY, an Oregon Corporation ; |
| 9 | PRECISION CASTPARTS CORP., an Oregon Corporation ; |
| 10 | SAFEWAY, INC., a Delaware Corporation ; |
| 11 | SHELL OIL COMPANY, a Delaware Corporation ; |
| 12 | SIMPSON TIMBER COMPANY, a Washington Corporation ; |
| 13 | SOLVAY USA INC., a New Jersey Corporation ; |
| 14 | |
| 15 | SPX COOLING TECHNOLOGIES, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTERST TO MARLEY COOLING TOWER COMPANY, a Delaware corporation' |
| 16 | |
| 17 | THE MARINE GROUP, LLC, a California Corporation ; |
| 18 | THUNDERBIRD MOTEL, INC., an Oregon Corporation ; |
| 19 | |
| 20 | TILLAMOOK CHEESE, INC., an Oregon corporation ; |
| 21 | TRUITT BROS., INC., an Oregon Corporation ; |
| 22 | UNION CARBIDE CORPORATION, a New York Corporation ; |
| 23 | WARREN PUMPS, LLC ; a Delaware limited company ; |
| 24 | WEST LINN PAPER COMPANY, an Oregon Corporation ; |
| 25 | WESTELL, INC., an Illinois Corporation ; WEYERHAEUSER COMPANY, a |

Washington Corporation ;
WRKCO, INC., a Georgia Corporation,

                Defendants.

TO:        THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON AT PORTLAND

1. Defendant Kaiser Gypsum Company, Inc. ("Kaiser Gypsum"), is the only remaining defendant in this civil action, originally filed in Multnomah County on February 25, 2019. Pursuant to provisions 28 U.S.C. §§ 1441 and 1446, Kaiser Gypsum hereby remove this action to the United States District Court for the District of Oregon at Portland, which is the federal jurisdiction in which the action is pending.

2. Plaintiffs Donald E. Miller and Linda S. Miller ("Plaintiffs") have resolved their claims against all other defendants that were named in their Complaint except for Kaiser Gypsum, and therefore no other defendants are included in this Notice of Removal.

3. On January 7, 2020, Kaiser Gypsum was informed by Plaintiffs' counsel that the two of the remaining three defendants in this case were being voluntarily dismissed, leaving Kaiser Gypsum as the only remaining defendant in this action.[1]

3. The grounds for removal of this action are as follows:

    a. Complete diversity exists between the remaining parties:

        i. Defendant Kaiser Gypsum is incorporated in North Carolina and its principal place of business is in Irving, Texas.

        ii. Plaintiffs are residents of the State of Oregon and currently reside in

---

[1] *See* **Ex. A** to Declaration of Howard (Terry) Hall in Support of Notice of Removal ("Hall Decl."), January 7, 2019 email from Plaintiffs' counsel.

NOTICE OF REMOVAL         Page 4         **Foley & Mansfield, PLLP**
999 Third Avenue
Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

Newberg, Oregon.

   b. Plaintiffs allege Kaiser Gypsum is responsible for personal injuries of Donald Miller. Upon information and belief, more than $75,000, exclusive of interest and costs, is in controversy in this action.

4. Removal of this case on the basis of diversity of citizenship is not precluded by the provisions of 28 U.S.C. § 1441(b) because none of the remaining parties in interest properly joined and served as a defendant is a citizen of the State of Oregon.

5. This Notice of Removal was timely under 28 U.S.C. § 1446(b) because on December 11, 2019, Plaintiffs' counsel informed all remaining parties and the trial Court that they were voluntarily dismissing the sole remaining Oregon Defendant, Tillamook County Creamery Association.[2]

6. If a case is not initially removable, a notice of removal may be filed within 30 days after the defendant's receipt, through service or otherwise, of a copy of an amended pleading, motion, order, or other paper from which it first may be ascertained that the case is one that is or has become removable. 28 U.S.C. § 1446(b)(3).

7. This case is removable on the basis of diversity jurisdiction based on Plaintiffs' voluntary dismissal of Tillamook County Creamery Association; as the sole remaining Oregon defendant, within one year of the commencement of the lawsuit. Kaiser Gypsum's Notice of Removal was timely filed within thirty days of when it first ascertaining that the case had become removable on the basis of diversity.

8. Copies of all the pleadings filed with the Multnomah County Circuit Court prior to this

---

[2] *See* **Ex. B** to Hall Decl., December 11, 2019 email from Plaintiffs' counsel.

removal are being provided to the Court per instructions from the Clerk of the Court.[3]

DATED THIS 9th day of January, 2020.

                                  FOLEY & MANSFIELD, PLLP

By: *Howard (T.) Hall*
Howard (Terry) Hall, OSB # 022013
thall@foleymansfield.com
J. Scott Wood, OSB #117151
swood@foleymansfield.com
Diane C. Babbitt , OSB# 112916
dbabbitt@foleymansfield.com
asbestos-sea@foleymansfield.com
Attorneys for Defendant Kaiser Gypsum Company, Inc.

---

[3] An index of all the pleadings from the Multnomah County Circuit Court is included in the Hall Decl.

# CERTIFICATE OF SERVICE

I, Laura McKeon, declare that I am employed by the law firm of Foley & Mansfield, PLLP, 999 Third Avenue, Suite 3760, Seattle, King County, Washington; that I am over 18 years of age and not a party to this action.

[ X ]  **(By E-mail)**  I caused the foregoing to be delivered via e-mail to firms and persons whose email addresses are listed next to the name of the party represented as listed below:

*Counsel for Plaintiffs*
Kelly Battley
Lin Thunder
MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
80 SE Madison Street, Suite 310
Portland, OR 97214
kbattley@mrhfmlaw.com
lthunder@mrhfmlaw.com
ORTeam@mrhfmlaw.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this 9th day of January, 2020 in Seattle, Washington.

*Laura McKeon*
Laura McKeon, Legal Assistant