IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DONALD E. MILLER;**
**LINDA S. MILLER,**

        Plaintiffs,

  v.

**KAISER GYPSUM COMPANY, INC.,**
et al.,

        Defendants.

No. 3:20-cv-00044-MO

ORDER OF REMAND

**MOSMAN, J.,**

    Oral Argument was held on January 14, 2020, to resolve Plaintiffs' Emergency Motion to Remand to State Court [ECF 3]. For the reasons stated on the record, IT IS HEREBY ORDERED that this action be remanded to the Multnomah County Circuit Court.

    DATED this 14 day of January, 2020

                                              /s/ Michael W. Mosman
                                            MICHAEL W. MOSMAN
                                            United States District Judge